JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

ICEBERG RECORDS A/S, a Danish corporation,

Plaintiff,

v.

MONCHO CHAVEA, an individual; MORAD EL KHATTOUTI EL HORAMI p/k/a MORAD, an individual; VIRGIN MUSIC GROUP SERVICES, INC., a Delaware corporation and UNIVERSAL MUSIC GROUP N.V., a Dutch corporation,

Defendants.

CASE NO. **2:26-cv-07144-SVW-DMK**

**~~PROPOSED~~ ORDER GRANTING VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

Judge: Hon. Stephen V. Wilson

Plaintiff ICEBERG RECORDS A/S's Notice of Voluntary Dismissal of Action Without Prejudice was filed before this Court on October 22, 2026.

Upon request of Plaintiff and good cause appearing,

IT IS HEREBY ORDERED that this action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

**IT IS SO ORDERED.**

Dated: October 27, 2026

Hon. Stephen V. Wilson
Judge, United States District Court

Kibler Fowler & Cave LLP
KF&C
11100 Santa Monica Boulevard
Suite 600
Los Angeles, California 90025